IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | NO. 07-3046 |
| v. | ) ) | |
| RICHARD STROM and R. STROM BUILDERS, INC., | ) ) ) | |
| Defendants. | | |

## OPINION

RICHARD MILLS, U.S. District Judge:

Following a series of discovery violations by Defendants, Plaintiff filed a motion for discovery sanctions [d/e 22] seeking the entry of a default judgment. Defendant did not respond. Magistrate Judge Cudmore then filed a Report and Recommendation ("R & R") [d/e 23] suggesting that the Court grant Plaintiff's motion. Again, Defendant did not respond. Having reviewed the R& R, this Court finds itself in substantial agreement.

Ergo, the Court ADOPTS Judge Cudmore's R & R [d/e 23], granting Plaintiff's motion for sanctions [d/e 22]. An entry of default will be entered

by Judge Cudmore.

 IT IS SO ORDERED

 ENTER: January 27, 2009

 FOR THE COURT:     /s Richard Mills
               United States District Judge